# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                               Plaintiff,

v.                                                             Case No.: 1:12–cr–00723

                                                                         Honorable Sharon Johnson Coleman

Adel Daoud

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 30, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Adel Daoud(#43222424); Status hearing held on 1/30/2015. Status hearing set for 4/3/2015 at 09:30 AM. Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.