IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Adel Daoud, <br><br> Defendant(s). | Case No. 12 CR 723-1, 13 CR 703-1 and 15 CR 487-1 <br><br> Judge Sharon Johnson Coleman |

**ORDER**

Change of plea hearing held. As previously set forth, the defendant sought to withdraw his not guilty plea in cases 12-cr-723, 13-cr-703, and 15-cr-487, and to enter a plea of guilty while maintaining his innocence pursuant to North Carolina v. Alford, 400 U.S. 25, 91 S.Ct. 160, 27 L.Ed.2d 162 (1970). The Court, having conducted a lengthy colloquy informing the defendant of his rights, and confident in both the defendant's competence to enter a plea and his demonstrated understanding of the nature of the plea he seeks to enter, concludes that there is an adequate factual basis for the defendant's plea and that the interests of justice compel this Court to accept it. A judgment of guilty is accordingly entered against the defendant pursuant to Alford. Cases 12-cr-723, 13-cr-703, and 15-cr-487 are referred to the Probation Office for a presentence investigation report.

The sentencing in this matter is set for 4/29/2019 at 10:30 A.M. The parties' sentencing memoranda and objections to the presentence investigation are to be filed by 4/8/2019. Any responses are due by 4/12/2019. A status hearing is set for 1/30/2019 at 11:00 A.M to inform the Court and counsel of the expected witnesses and evidence other than the PSI. If requested, both sides are granted access to the sentencing recommendations which will not be released to the public. The Court recommends that the Defendant remain at the Metropolitan Correctional Center in Chicago in light of the work to be done in advance of the sentencing. The Court further requests that the defendant be granted a visit with his family in advance of the next status date.

Date: 11/26/2018

/s/Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge